Anthony M. Ciallella, Jr.
1511 Grove Avenue
New Castle, Pa. 16101-1519
(724)944-6498

July 22, 2011

Honorable Judge, U.S. Bankruptcy Court
For the Western District of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, Pa. 15219

Your Honor,

My name is Anthony M. Ciallella, Jr. My wife is Debra R. Ciallella. I am writing in reference to our Chapter 13 Bankruptcy case, which was filed with the court on 22, September, 2005, and dismissed on 7, January, 2011. The case number is 05-32864JKF and monies were dispersed by Chapter 13 Trustee, Ronda J. Winnecour.

After our case was dismissed in January, this year, it was brought to my attention that there were funds returned to the court in the amounts of $8,793.01 and $676.01.

I would like to file a motion with this court, today, to have these funds released back to my wife and myself in order that we might pay, both in their entirety, and partially the various debts still pending upon dismissal of our case. Debts which include, but are not limited to, back property taxes and current house payments.

I would like to take this time to thank Your Honor and the Honorable Court for taking the time to read and consider this Motion for action.

Sincerely,

Anthony M. Ciallella. Jr.

7-22-2011
Dated